**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| THOMAS MCCULLEY,<br><br>    Plaintiff,<br><br>  vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; CAPITAL ONE, N.A.,<br><br>    Defendants. | Case No. 2:23-cv-01099-KJM-KJN<br><br>**ORDER ON STIPULATION TO EXTEND CAPITAL ONE AUTO FINANCE'S TIME TO RESPOND TO THE COMPLAINT** |

## **ORDER**

Pursuant to the Stipulation to Extend Capital One Auto Finance's Time to Respond to the Complaint ("Stipulation"), IT IS HEREBY ORDERED that:

(1) The Stipulation is granted; and

(2) Defendant Capital One Auto Finance, a division of Capital One, N.A., shall have up to and including July 28, 2023 to file its response to Plaintiff Thomas McCulley's Complaint.

DATED: July 5, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE