**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| THOMAS MCCULLEY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; CAPITAL ONE, N.A.,<br><br>　　　　Defendants. | Case No. 2:23-cv-01099-KJM-KJN<br><br>**ORDER ON THIRD STIPULATION TO EXTEND CAPITAL ONE AUTO FINANCE'S TIME TO RESPOND TO THE COMPLAINT** |

# **ORDER**

Pursuant to the Third Stipulation to Extend Capital One Auto Finance's Time to Respond to the Complaint ("Stipulation"), IT IS HEREBY ORDERED that:

(1) The Stipulation is granted;

(2) Defendant Capital One Auto Finance, a division of Capital One, N.A., shall have up to and including September 1, 2023 to file its response to Plaintiff Thomas McCulley's Complaint; and

(3) The court does not anticipate granting any further extensions of time absent a detailed showing of good cause.

DATED: August 22, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE