UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thomas McCulley, | No. 2:23-cv-01099-KJM-KJN |
| Plaintiff, | ORDER |
| v. | |
| Experian Information Solutions, Inc., et al., | |
| Defendants. | |

In July 2023, plaintiff Thomas McCulley filed a notice that he had settled his claims against defendant Experian Information Solutions, Inc. ECF No. 12. The court directed the parties to file dispositional documents as to Experian by September 25, 2023. ECF No. 15. The parties did not file dispositional documents by that deadline. Several days later, plaintiff filed a status report charging counsel for Experian with delays and unreasonable refusals to finalize the settlement. ECF No. 24. Having reviewed this report, the court extends the deadline to file dispositional documents to **November 3, 2023**. Counsel for Experian is **ordered to show cause** within seven days why monetary sanctions of $250 should not be imposed.

IT IS SO ORDERED.

DATED: October 17, 2023.

CHIEF UNITED STATES DISTRICT JUDGE

1